# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

QINGZHONG ZHAN,

    Petitioner,

    v.

FIELD OFFICE DIRECTOR, Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
U.S. DEPARTMENT OF HOMELAND SECURITY;
TODD BLANCHE, Acting Attorney General of the United States;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and
ACTING WARDEN, Adelanto Detention Facility,

    Respondents.

Case No. 5:26-cv-01178-JWH-DFM

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  For good cause shown, the Court hereby ORDERS as follows:

1.     The report, findings, and recommendations of the Magistrate Judge are **ACCEPTED**.

2.     The Petition for Writ of Habeas Corpus is **GRANTED in part**.

3.     Respondents are **DIRECTED** to release Petitioner from custody unless, no later than April 18, 2026, they provide him with a bond hearing before an Immigration Judge with instructions that the Immigration Judge has jurisdiction to consider release on bond.  At the bond hearing, Petitioner shall bear the burden of proof.  The Immigration Judge must review all evidence related to Petitioner's danger and flight risk and reach a reasoned decision regarding Petitioner's detention.

4.     The parties are **DIRECTED** to file no later than May 1, 2026, a Joint Status Report detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.  The Joint Status Report should include a copy of any written order of decision from the Immigration Judge.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE