JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

QINGZHONG ZHAN,

        Petitioner,

      v.

FIELD OFFICE DIRECTOR,
Enforcement and Removal
Operations, Los Angeles Field
Office, Immigration and Customs
Enforcement;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland
Security;
U.S. DEPARTMENT OF
HOMELAND SECURITY;
TODD BLANCHE, Acting Attorney
General of the United States;
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; and
ACTING WARDEN, Adelanto
Detention Facility,

        Respondents.

Case No. 5:26-cv-01178-JWH-DFM

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED in part**.

2. Respondents are **DIRECTED** to release Petitioner from custody unless, no later than April 18, 2026, they provide him with a bond hearing before an Immigration Judge with instructions that the Immigration Judge has jurisdiction to consider release on bond. At the bond hearing, Petitioner shall bear the burden of proof. The Immigration Judge must review all evidence related to Petitioner's danger and flight risk and reach a reasoned decision regarding Petitioner's detention.

3. The parties are **DIRECTED** to file no later than May 1, 2026, a Joint Status Report detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial. The Joint Status Report should include a copy of any written order of decision from the Immigration Judge.

**IT IS SO ORDERED.**

Dated: April 21, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-